■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS EDMONDS, Appellant. [699 NYS2d 673] —Judgment, Supreme Court, New York County (Joan Sudolnik, J.), rendered April 25, 1997, convicting defendant, after a jury trial, of burglary in the third degree and criminal possession of a controlled substance in the seventh degree, and sentencing him, as a second felony offender, to concurrent terms of $3\frac{1}{2}$ to 7 years and 1 year, respectively, unanimously affirmed.

The verdict was based on legally sufficient evidence. The evidence established that a Con Edison manhole is a "building" as

defined in Penal Law § 140.00 (2), in that such a structure is a work area in which Con Edison workers remain while performing various maintenance and repair functions.

We perceive no abuse of sentencing discretion. Concur—Lerner, J. P., Saxe, Buckley and Friedman, JJ.